**DENY; and Opinion Filed April 19, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00413-CV
### No. 05-16-00415-CV
### No. 05-16-00416-CV
### No. 05-16-00417-CV

### IN RE LARRY B. JOHNSON, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-0811221-H, F-0811151-H, F-0900661-H, F-0900662-H**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

In this petition for writ of mandamus, relator asserts that his motion for forensic DNA testing has been pending for over a year and the trial court has not ruled on the motion. The petition does not include the required rule 52.3(j) certification. *See* Tex. R. App. P. 52.3(j)  No mandamus record or appendix was filed with the petition. *See* TEX. R. APP. P. 52.3(k), 52.7. The absence of a proper certification and supporting record is fatal to the petition. As the party seeking relief, the relator has the burden of providing the Court with a sufficient record to establish his right to mandamus relief. *Lizcano v. Chatham,* 416 S.W.3d 862, 863 (Tex. Crim. App. 2011) (orig. proceeding) (Alcala, J. concurring). He has not done so in this case.

We deny the petition.

/Ada Brown/
ADA BROWN
JUSTICE

160413F.P05